In the Matter of MICHAEL H. KOEGLER, Respondent, v PAMELA D. WOODARD, Appellant.

Decided September 11, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (*see* CPLR 5601 [a]).

BERNICE MALCOLM, Appellant, v HONEOYE FALLS-LIMA SCHOOL DISTRICT, Respondent.

Submitted July 16, 2012; decided September 11, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted July 23, 2012; decided September 11, 2012

Motion, insofar as it seeks leave to appeal from the March 2012 Appellate Division order, dismissed as untimely (*see* CPLR 5513 [b]); motion, insofar as it seeks leave to appeal from the June 2012 Appellate Division order, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

FRANCIS McGILL et al., Respondents, v FARIHA T. QUDSI, Appellant.

Submitted July 2, 2012; decided September 11, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.